# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0062.  HALTON PETERS v. CANDACE McCOWAN PETERS.**

On December 20, 2024, the Superior Court of Fulton County entered an "Final Judgment and Decree of Divorce" in the parties' divorce proceeding. On January 13, 2025, counsel for the appellant filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time until March 24, 2025 in which to file an application for a discretionary appeal of the Superior Court's order. Court of Appeals Rule 16 (c), however, directs that an extension of time to file a discretionary application "will not exceed the time otherwise allowed for the filing of an application." *See also* OCGA § 5-6-39 (c). Thus, although the appellant's motion is hereby ***GRANTED***, counsel for the appellant has only until February 20, 2025, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  01/14/2025*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*